# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Gerardo Ortega-Cortes,<br>(A200 686 723)<br>*Defendant* | Case No. 17-9358MJ |

DOA 08-27-17

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of August 27, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Gerardo Ortega-Cortes, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Eagle Pass, Texas, on or about January 2, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated by Reference Herein**

REVIEWED BY: *CEB* Charles E. Bailey, P.S. for AUSA Jacqueline Schesnol

☒ Continued on the attached sheet.

*Complainant's signature*

Rene A. Lopez,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 28, 2017

*Judge's signature*

City and state: Phoenix, Arizona

Eileen S. Willett,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Rene A. Lopez, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On August 27, 2017, Gerardo Ortega-Cortes was booked into the Maricopa County Jail (MCJ) intake facility by the Phoenix Police Department on local charges. While incarcerated at the MCJ, Ortega-Cortes was examined by ICE Officer R. Rodriguez who determined him to be a Mexican citizen, illegally present in the United States. On the same date, an immigration detainer was lodged with the MCJ. On the same date, Ortega-Cortes was released from the MCJ and transferred to the Phoenix ICE office for further investigation and processing. Ortega-Cortes was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Gerardo Ortega-Cortes to be a citizen of Mexico and a previously deported criminal alien. Ortega-Cortes was removed from the United States to Mexico at or near Eagle Pass, Texas, on or about January 2, 2016, pursuant to the reinstatement of an order of removal issued by an immigration official. There is no record of Ortega-Cortes in any Department of Homeland Security database to

1

suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Ortega-Cortes' immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Gerardo Ortega-Cortes was convicted of Conspiracy to Produce Fraudulent Identification Documents, a felony offense, on May 24, 2010, in the United States District Court, Eastern District of Virginia, Newport News Division. Ortega-Cortes was sentenced to thirty (30) months' imprisonment and three (3) years' supervised release. Ortega-Cortes' criminal history was matched to him by electronic fingerprint comparison.

5. On August 27, 2017, Gerardo Ortega-Cortes was advised of his constitutional rights. Ortega-Cortes freely and willingly declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about August 27, 2017, Gerardo Ortega-Cortes, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States

///

///

///

at or near Eagle Pass, Texas, on or about January 2, 2016, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

_____
Rene A. Lopez,
Deportation Officer,
Immigration and Customs Enforcement


Sworn to and subscribed before me
this 28th day of August, 2017.

_____
Eileen S. Willett,
United States Magistrate Judge